# United States District Court
## Northern District of California

**UNITED STATES OF AMERICA**
v.
**MARTIN JOSE MONTOYA**

**JUDGMENT IN A CRIMINAL CASE**

USDC Case Number: CR-10-00301-009 DLJ
BOP Case Number: DCAN510CR000301-009
USM Number: 13342-111
Defendant's Attorney: Mary Conn

**THE DEFENDANT:**

[x] pleaded guilty to count(s): 2 of the Superseding Indictment .
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 846,841(a)(1),(b)(1)(A)(viii) | Conspiracy to Distribute Over 50 grams of Methamphetamine | 4/22/2010 | Two |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[x] Counts  1 and 10 of the Superseding Indictment  are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

December 20, 2011
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

January 6, 2012
Date