**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN JOSE MONTOYA,<br>Defendant. | Case No. 10-cr-00301-BLF-9<br>**ORDER DENYING AS MOOT DEFENDANT MONTOYA'S MOTION FOR LEAVE TO FILE A REPLY TO THE SENTENCE REDUCTION INVESTIGATION REPORT**<br>[Re: ECF 492] |

On April 9, 2019, Defendant Martin Jose Montoya filed a *pro se* motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782. *See* ECF 480. The Court directed the Federal Public Defender's Office, Probation Office, and United States Attorney's Office to file responses within thirty days. *See* ECF 486. The Federal Public Defender's Office filed a Notice of Non-Intervention, the Probation Office filed a Sentence Reduction Investigation Report, and the United States Attorney's Office filed an opposition brief. *See* ECF 487, 489, 490. After reviewing Defendant's motion, the responsive filings, the record, and the applicable law, the Court issued an order dated May 22, 2019 which denied the motion on the ground that Defendant is ineligible for the requested reduction in sentence. *See* ECF 491.

On May 28, 2019, Defendant filed a motion for leave to file a reply to the Sentence Reduction Investigation Report. *See* ECF 492. The motion for leave to file a reply is DENIED AS MOOT, as the Court already has ruled on the underlying motion for a reduction in sentence.

It appears that the Court's denial of the motion for reduction in sentence and Defendant's current request for leave to file a reply crossed in the mail. If after reading the Court's order Defendant believes that the information he wished to include in a reply would alter the Court's ruling on the motion for reduction in sentence, Defendant may file a motion for reconsideration of that ruling.

**IT IS SO ORDERED.**

Dated: May 30, 2019

BETH LABSON FREEMAN
United States District Judge